This case is controlled by *Backus* v. *Kirsch, ante,* 368.

Appeal from Wayne; Hunt (Ormond F.), J. Submitted October 20, 1931. (Calendar. No. 35,554.) Decided December 8, 1931.

Bill by Ada T. Backus against Charles W. Kirsch to rescind the sale of certain corporate shares of stock. From an order denying plaintiff leave to amend bill, she appeals. Affirmed.

*Lucking, Van Auken & Sprague* (*Roy H. Hagerman,* of counsel), for plaintiff.

*J. Paul Wait* and *Harry C. Howard,* for defendant.

North, J. The facts and issues involved herein are in all essential particulars the same as in *Backus* v. *Kirsch, ante,* 368. Decision there is controlling here. Affirmed, with costs to appellee.

Butzel, C. J., and Wiest, Clark, McDonald, Potter, Sharpe, and Fead, JJ., concurred.